Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter ____11____

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | 5425 Pau A Laka, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 93-3317568 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 94-050 Farrington Hwy | |
| Number        Street | Number        Street |
| Suite E1-3 | |
| | P.O. Box |
| Waipahu          HI     86797 | |
| City                    State      ZIP Code | City                    State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Honolulu County | 5425 Paua Laka St |
| County | Number        Street |
| | |
| | Koloa          HI     96756 |
| | City                    State      ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor    5425 Pau A Laka, LLC
_____    Case number (if known)_____
          Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐   A plan is being filed with this petition.

☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                                    MM / DD / YYYY

                District _____  When _____  Case number _____
                                                    MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

                District _____  When _____
                                                                    MM / DD / YYYY

                Case number, if known _____

Official Form 201                      Voluntary Petition for Non-Individuals Filing for Bankruptcy                      page **2**

Debtor    5425 Pau A Laka, LLC
_____    Case number (*if known*)_____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
          Number          Street

_____

_____
          City                                    State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name    _____

Phone           _____

---

**▮ Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

Debtor  5425 Pau A Laka, LLC
_____
Name

Case number (*if known*)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING** --  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/14/2026
            MM  / DD / YYYY

✖ /s/ Gary Pinkston
Signature of authorized representative of debtor

Gary Pinkston
Printed name

Title  Manager

**18. Signature of attorney**

✖ /s/ William Rountree
Signature of attorney for debtor

Date  05/14/2026
      MM    / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number       Street

Atlanta
City

GA
State

30329
ZIP Code

404-584-1238
Contact phone

wrountree@rlkglaw.com
Email address

616503
Bar number

GA
State

Official Form 201

Voluntary Petition for Non-Individuals Filing for Bankruptcy

page **4**

**Fill in this information to identify the case:**

Debtor name ___5425 Pau A Laka, LLC_____

United States Bankruptcy Court for the: Northern District of Georgia_____

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Blake Kolona Painting & General Construction, LLC PO Box 4189 Waianae, HI, 96792 | | | | | | 135,422.02 |
| 2 | Shelice Condie 7970 W 10000 N Tremonton, UT, 84337 | | | | | | 129,870.30 |
| 3 | Grove Farm Company, Inc. PO Box 138001 Honolulu, HI, 96801 | | | | | | 119,401.30 |
| 4 | MP Elk Grove 3450 Waikomo Road Koloa, HI, 96756 | | | | | | 108,000.00 |
| 5 | Gordon Mechanical LLC 94-496 Uke'e Street Waipahu, HI, 96797 | | | | | | 102,421.57 |
| 6 | Indo Puri, Inc. 2366 Coosawattee Dr Atlanta, GA, 30319 | | | | | | 98,419.15 |
| 7 | Floor Technologies of Hawaii, Inc. 47-510 Mapele Road Kaneohe, HI, 96744 | | | | | | 93,055.00 |
| 8 | City & County of Kauai 4444 Rice Street Suite 463 Lihue, HI, 96766 | | Taxes & Other Government Units | | | | 84,187.79 |

Debtor  5425 Pau A Laka, LLC
       Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Gill Construction, Inc. PO Box 1341 Aiea, HI, 96701 | | | | | | 74,323.00 |
| 10 | Latitudes Fine Art Gallery, Inc. 401 E. Main Street Ventura, CA, 93001 | | | | | | 72,728.00 |
| 11 | 8 Pacific MAson 5164 Lokene St Kapaa, HI, 96746 | | | | | | 68,075.87 |
| 12 | Hawley Troxell Ennis & Hawley P.O. Box 1617 Boise, ID, 83701 | | | | | | 63,345.21 |
| 13 | Wesco PO Box 910465 Pasadena, CA, 91110 | | | | | | 47,359.21 |
| 14 | Imanaka Asato Topa Financial Center, Fort Street Tower 745 Fort St Mall 17th Floor Honolulu, HI, 96813 | | | | | | 45,845.23 |
| 15 | Mana Electric LLC 5258 Laipo Road Kapaa, HI, 96746 | | | | | | 42,148.17 |
| 16 | Stephanie N. Iona P.O. Box 1117 Waimea, HI, 96796 | | | | | | 42,000.00 |
| 17 | Wallwork Financial 401 38th Street SW Fargo, ND, 58107-0628 | | | | | | 29,793.47 |
| 18 | Kukui ula Comm Assoc Bank Lockbox -HMC PO Box 30150 Honolulu, HI, 96820 | | | | | | 29,723.03 |
| 19 | Eberl Iron Works, Inc. 128 Sycamore Street Buffalo, NY, 14204 | | | | | | 28,808.00 |
| 20 | Hawthorne Pacific Corp. 16945 Camino San Bernardo San Diego, CA, 92127 | | | | | | 27,322.10 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___5425 Pau A Laka, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia_____

Case number (*If known*): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors        **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/14/2026__          ✘ /s/ Gary Pinkston_____
         MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                              Gary Pinkston_____
                              Printed name

                              Manager_____
                              Position or relationship to debtor

Official Form 202               **Declaration Under Penalty of Perjury for Non-Individual Debtors**

8 Pacific MAson
5164 Lokene St
Kapaa, HI 96746

808 Diesel Doc, LLC
2831 Awaawaloa St
Suite 101
Honolulu, HI 96819

Ace Hardware Hawaii, Inc.
2810 Paa Street
Bldg. A
Honolulu, HI 96819

Alvin Isobe

Artistic Builders Corporation
PO Box 548
Koloa, HI 96756

Blake Kolona Painting & General Construction, LLC
PO Box 4189
Waianae, HI 96792

Chad Schimmelfennig

Charles Peterson

City & County of Kauai
4444 Rice Street
Suite 463
Lihue, HI 96766

Clean Air Special Fund
PO Box 3378
Honolulu, HI 96801-3378

Custom Cooling II, Inc.
PO Box
Lihue, HI 96766

D.L. Adams Associates, Ltd
970 N. Kalaheo Ave
Suite A311
Kailua, HI 96734

David Fonua

Eberl Iron Works, Inc.
128 Sycamore Street
Buffalo, NY 14204

Esaki Surveying & Mapping, Inc
1610 Haleukana Stree
Lihue, HI 96766

Felioe Araujo

Floor Technologies of Hawaii, Inc.
47-510 Mapele Road
Kaneohe, HI 96744

Ford Motor Credit
PO Box 650574
Dallas, TX 75265

Foundation Building Materials
PO Box 740862
Los Angeles, CA 90074

Garden Isle Portable Toilets, Inc.
PO Box 3777
Lihue, HI 96766

Gill Construction, Inc.
PO Box 1341
Aiea, HI 96701

GM Finance
801 Cherry Street
Suite 3500
Fort Worth, TX 76102

Gordon Mechanical LLC
94-496 Uke'e Street
Waipahu, HI 96797

Grove Farm Company, Inc.
PO Box 138001
Honolulu, HI 96801

H2) Logistics
23601 S. Wilmington Ave
Belvedere Tiburon, CA 94920

Hawley Troxell Ennis & Hawley
P.O. Box 1617
Boise, ID 83701

Hawthorne Pacific Corp.
16945 Camino San Bernardo
San Diego, CA 92127

Hisitoric Waimea Theater and Cultural Arts Center Inc.
P.O. Box 903
Waimea, HI 96796

Imanaka Asato
Topa Financial Center, Fort Street Tower 745 Fort St
Mall
17th Floor
Honolulu, HI 96813

Indich Collection
560 North Nimitz Hwy
Suite 101
Honolulu, HI 96817

Indo Puri, Inc.
2366 Coosawattee Dr
Atlanta, GA 30319

Island Glass Hawaii LLC
PO Box 471
Lihue, HI 96766

Island Resource Solutions, Inc.
2090 Hanalima Street
Z102
Lihue, HI 96766

Jessica Jones

Jessica Turner

Kauai Remodeling Inc.
5281 Ihilani Pace
Kapaa, HI 96746

Kekaha Agriculture Association
P.O. Box. 940
Waimea, HI 96796

Kiahuna Maintenance District
P.O. Box 1630
Koloa, HI 96756

Kukui ula Comm Assoc
Bank Lockbox -HMC
PO Box 30150
Honolulu, HI 96820

Latitudes Fine Art Gallery, Inc.
401 E. Main Street
Ventura, CA 93001

Ludington's Excavating & Shredding
PO Box 1833
Koloa, HI 96756

Machinery Partner
131 Dartmouth Street
Floor 3
Boston, MA 02116

Malama Landscape Management, LLC
PO Box 106
Kalaheo, HI 96741

Mana Electric LLC
5258 Laipo Road
Kapaa, HI 96746

Meridian Pacific Holdings, LLC
94-050 Farrington Hwy
Suite E1-3
Waipahu, HI 96797

Modelo Tech Studio Ltd.
193 Aspenwood Dr
Port moody BC V3H 5A5 Canada

MP Elk Grove
3450 Waikomo Road
Koloa, HI 96756

New Work Architects, Inc.
URS Agents
1136 Union Mall, Suite 301
Honolulu, HI 96813

New Works Architects, Inc
C/O URS Agents LLC1136 Union Mall
Suite 301
Honolulu, HI 96813

PCCC, Inc.
PO Box 662261
Lihue, HI

Wallwork Financial
401 38th Street SW
Fargo, ND 58107-0628

PICS Inc.
PO Box 1101
Lihue, HI 96766

Wesco
PO Box 910465
Pasadena, CA 91110

Promenaid
135 Lindsay Ave
Dorval Quebec
H9p 2S6 Canada,

Shelice Condie
7970 W 10000 N
Tremonton, UT 84337

Sonoda Brothers Custom Fabrications, LLC
3125 Oihana Street
Lihue, HI 96766

Spectrum
74-5450 Makala Blvd
Suite 103
Kailua Kona, HI 96740

Stephanie N. Iona
P.O. Box 1117
Waimea, HI 96796

Systems Engineering Group, LLC
2000 Democrat Street
Honolulu, HI 96819

Takeuchi Financial Services
PO Box 7167
Pasadena, CA 91109

The Club at Kukuiula
2700 Ke Alaula
Koloa, HI 96756

The Guaranty of Hawaii, LLC
225 Queen Street
Suite 500
Honolulu, HI 96813

Title Guaranty Escrow Services, Inc.
225 Queen Street
Suite 500
Honolulu, HI 96813

United States Bankruptcy Court

Northern District of Georgia

In re:  5425 Pau A Laka, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   05/14/2026

/s/ Gary Pinkston
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

<table>
<tr><td>Northern</td><td>District Of</td><td>Georgia</td></tr>
</table>

**In re**

5425 Pau A Laka, LLC

Case No. _____

Chapter    11 _____

**Debtor**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Hourly Fees

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . $ 31,738.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ Undetermined

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e. A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings; B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court; C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client. Attorney: Standard Hourly Rate: William A. Rountree $645.00 Will B. Geer $645.00 Michael Bargar $585.00 Hal Leitman $475.00 David S. Klein $545.00 Elizabeth Childers $475.00 Ceci Christy $495.00 Caitlyn Powers $425.00 Shawn Eisenberg $350.00 William Matthews $475.00 Paralegals: Standard Hourly Rate: Dorothy Sideris $250.00 Megan Winokur $200.00 Catherine Williams $175.00 Catherine Smith $150.00

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   None

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/14/2026                          /s/ William Rountree

*Date*                               *Signature of Attorney*

                                     Rountree, Leitman, Klein & Geer, LLC

                                     *Name of law firm*

---