AMENDED

Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): 26-20778 _____ Chapter ____11____

☑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. **Debtor's name** | 5425 Pau A Laka, LLC | |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number** (EIN)

   93-3317568

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 94-050 Farrington Hwy | |
| Number        Street | Number        Street |
| Suite E1-3 | |
| | P.O. Box |
| Waipahu          HI      86797 | |
| City                 State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Honolulu County | 5425 Paua Laka St |
| County | Number        Street |
| | |
| | Koloa          HI      96756 |
| | City                 State    ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

AMENDED

Debtor    5425 Pau A Laka, LLC
_____    Case number (if known)___26-20778_____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                              MM / DD / YYYY

         District _____   When _____   Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor  FLETCHER K LLC                     Relationship  Affiliate

         District  Northern District of Georgia     When  05/14/2026
                                                          MM  /  DD  / YYYY

         Case number, if known  26-20774-JRS

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page **2**

AMENDED

Debtor    5425 Pau A Laka, LLC
_____
Name

Case number (*if known*)___26-20778_____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
　　　　　　　　　　　　　Number　　　　　　Street

_____

_____
City　　　　　　　　　　　　　　　　　　State　　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name　　　　_____

Phone　　　　　　　_____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☑ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

Official Form 201　　　　Voluntary Petition for Non-Individuals Filing for Bankruptcy　　　　page **3**

AMENDED

| Debtor | 5425 Pau A Laka, LLC | Case number (*if known*) 26-20778 |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000  
☐ $50,001-$100,000  
☐ $100,001-$500,000  
☐ $500,001-$1 million

☑ $1,000,001-$10 million  
☐ $10,000,001-$50 million  
☐ $50,000,001-$100 million  
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion  
☐ $1,000,000,001-$10 billion  
☐ $10,000,000,001-$50 billion  
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/19/2026
         MM   / DD / YYYY

✖ /s/ Gary Pinkston
Signature of authorized representative of debtor

Gary Pinkston
Printed name

Title   Manager

**18. Signature of attorney**

✖ /s/ William Rountree
Signature of attorney for debtor

Date   05/19/2026
         MM    / DD  / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number        Street

Atlanta
City

GA
State

30329
ZIP Code

404-584-1238
Contact phone

wrountree@rlkglaw.com
Email address

616503
Bar number

GA
State

AMENDED

5425 Pau A Laka, LLC

Debtor _____          Case number *(if known)*_26-20778_____

First Name     Middle Name        Last Name

## <u>Continuation Sheet for Official Form 201</u>

**10) Pending Bankruptcies**

| | | | |
|---|---|---|---|
| **GARY L. PINKSTON** | **Northern District of Georgia** | 05/14/2026 | **26-20779-JRS** |
| **HAWAII REAL ESTATE DEVELOPMENT LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20776-JRS** |
| **KUKUIULA VISTAS LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20770-JRS** |
| **MP ELK GROVE LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20765-JRS** |
| **MP KAUAI HH DEVELOPMENT FUND LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20763-JRS** |
| **MP KAUAI QOZ FUND LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20775-JRS** |
| **MP MODESTO LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20766-JRS** |
| **TC CLOVIS LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20762-JRS** |
| **THE GARY & JANICE PINKSTON FAMILY TRUST DATED JANUARY 18, 2008** | **Northern District of Georgia** | 05/14/2026 | **26-20777-JRS** |
| **WAIKOLOA VILLAGE HOTEL CWS LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20771-JRS** |
| **WAIKOLOA VILLAGE HOTEL HIE LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20772-JRS** |
| **WAIKOLOA VILLAGE LOFTS SOUTH LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20773-JRS** |
| **WAIKOLOA VILLAGE LOFTS WEST LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20761-JRS** |
| **WAIPAHU PROPERTIES, LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20768-JRS** |
| **WAIPAHU LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20767-JRS** |
| **WILLOW PLAZA LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20764-JRS** |
| **MP ELKO II LLC** | **Northern District of Georgia** | 05/14/2026 | **26-20769-JRS** |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

AMENDED

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>5425 Pau A Laka, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Georgia</td></tr>
<tr><td>Case number (If known):</td><td>26-20778</td></tr>
</table>

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Blake Kolona Painting & General Construction, LLC PO Box 4189 Waianae, HI, 96792 | | | | | | 135,422.02 |
| 2 | Shelice Condie 7970 W 10000 N Tremonton, UT, 84337 | | | | | | 129,870.30 |
| 3 | Grove Farm Company, Inc. PO Box 138001 Honolulu, HI, 96801 | | | | | | 119,401.30 |
| 4 | MP Elk Grove 3450 Waikomo Road Koloa, HI, 96756 | | | | | | 108,000.00 |
| 5 | Gordon Mechanical LLC 94-496 Uke'e Street Waipahu, HI, 96797 | | | | | | 102,421.57 |
| 6 | Indo Puri, Inc. 2366 Coosawattee Dr Atlanta, GA, 30319 | | | | | | 98,419.15 |
| 7 | Floor Technologies of Hawaii, Inc. 47-510 Mapele Road Kaneohe, HI, 96744 | | | | | | 93,055.00 |
| 8 | City & County of Kauai 4444 Rice Street Suite 463 Lihue, HI, 96766 | | Taxes & Other Government Units | | | | 84,187.79 |

AMENDED

| Debtor | 5425 Pau A Laka, LLC | Case number (*if known*) | 26-20778 |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Gill Construction, Inc.<br>PO Box 1341<br>Aiea, HI, 96701 | | | | | | 74,323.00 |
| 10 | Latitudes Fine Art Gallery, Inc.<br>401 E. Main Street<br>Ventura, CA, 93001 | | | | | | 72,728.00 |
| 11 | 8 Pacific MAson<br>5164 Lokene St<br>Kapaa, HI, 96746 | | | | | | 68,075.87 |
| 12 | Hawley Troxell Ennis & Hawley<br>P.O. Box 1617<br>Boise, ID, 83701 | | | | | | 63,345.21 |
| 13 | Wesco<br>PO Box 910465<br>Pasadena, CA, 91110 | | | | | | 47,359.21 |
| 14 | Imanaka Asato<br>Topa Financial Center, Fort Street Tower<br>745 Fort St Mall<br>17th Floor<br>Honolulu, HI, 96813 | | | | | | 45,845.23 |
| 15 | Mana Electric LLC<br>5258 Laipo Road<br>Kapaa, HI, 96746 | | | | | | 42,148.17 |
| 16 | Stephanie N. Iona<br>P.O. Box 1117<br>Waimea, HI, 96796 | | | | | | 42,000.00 |
| 17 | Wallwork Financial<br>401 38th Street SW<br>Fargo, ND, 58107-0628 | | | | | | 29,793.47 |
| 18 | Kukui ula Comm Assoc<br>Bank Lockbox -HMC<br>PO Box 30150<br>Honolulu, HI, 96820 | | | | | | 29,723.03 |
| 19 | Eberl Iron Works, Inc.<br>128 Sycamore Street<br>Buffalo, NY, 14204 | | | | | | 28,808.00 |
| 20 | Hawthorne Pacific Corp.<br>16945 Camino San Bernardo<br>San Diego, CA, 92127 | | | | | | 27,322.10 |

**Fill in this information to identify the case and this filing:**

Debtor Name ___5425 Pau A Laka, LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia_____

Case number (*If known*): ___26-20778_____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/19/2026___           ✘ /s/ Gary Pinkston _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

                                          Gary Pinkston _____
                                          Printed name

                                          Manager _____
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**