# Statement of Account

AMERICAN Savings Bank

P.O. Box 2300
Honolulu, Hawaii 96804-2300

**Last Statement:** May 31, 2026
**This Statement:** June 30, 2026
**Days in statement period:** 30

**Account Number:** [redacted]5743

Direct inquiries to
808-627-6900 or
800-272-2566 (Toll-free)

5425 PAU A LAKA LLC
1801 TIBURON BLVD STE 800
TIBURON CA 94920

000189 1100

Buy Local HAWAII BY AMERICAN SAVINGS BANK

Saving locals $1.5 Million and counting.

The Buy Local Hawaii℠ Program has exclusive offers at over 150 local merchants when you use your ASB Visa® Debit Card.

asbhawaii.com/BuyLocalHawaii


Pro Camera Hawaii
Up to $150 off!†


ChefZone
Up to $300 off!†

† Entire purchase must be paid for using an ASB Visa Debit Card. Minimum purchase amount is after any other promotional offer allowed by the merchant is applied and before tax and tip. Limit of one offer per visit. Offer does not apply to prior purchases. Discounts on gift cards or certificates as well as other promotional discounts and offers are at the merchant's sole discretion. Offers are subject to change without notice. Member FDIC. © 2026 American Savings Bank

## BIZ ESSENTIALS CHECKING — Account Number: [redacted]5743

| | | | |
|---|---|---|---|
| Beginning Balance | $7,238.69 | Average Balance | $2,224.87 |
| Total Additions | $0.41 | | |
| Total Subtractions | $7,239.10 | | |
| Ending Balance | $0.00 | | |

## Account Activity

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05/31/26 | BEGINNING BALANCE | | | $7,238.69 |
| 06/03/26 | Kauai Dept of Wa ACCTVERIFY<br>ST-M4T3X1P8Z5U3<br>5425 PAU A LAKA LLC | $0.28 | | $7,238.97 |
| 06/03/26 | Kauai Dept of Wa ACCTVERIFY<br>ST-X2X1Y6F6Z1Q7<br>5425 PAU A LAKA LLC | $0.13 | | $7,239.10 |
| 06/03/26 | Kauai Dept of Wa ACCTVERIFY<br>ST-Z1H4S3W2D6R9<br>5425 PAU A LAKA LLC | | $0.41 | $7,238.69 |
| 06/04/26 | Kauai Dept of Wa Kauai Dept<br>ST-B8O6M1M2Y7E5<br>5425 PAU A LAKA LLC | | $302.42 | $6,936.27 |
| 06/04/26 | Kauai Dept of Wa Kauai Dept<br>ST-P9C1F7E0S3W1<br>5425 PAU A LAKA LLC | | $915.58 | $6,020.69 |

## Account Activity

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06/04/26 | Kauai Dept of Wa Kauai Dept ST-V4H9C8G1I9Q7 5425 PAU A LAKA LLC | | $29.82 | $5,990.87 |
| 06/04/26 | Kauai Dept of Wa Kauai Dept ST-Z6O2Z9K8S1N4 5425 PAU A LAKA LLC | | $29.82 | $5,961.05 |
| 06/10/26 | Capital Premium INS. PMT Kauanoe O Koloa, AOAO | | $5,299.34 | $661.71 |
| 06/24/26 | OUTGOING WIRE 200486 5425 PAU A LAKA LLC | | $616.71 | $45.00 |
| 06/24/26 | OUTGOING WIRE FEE 200486 | | $45.00 | $0.00 |

PREMIERBANK
EXPECT MORE
6802 Bird Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

FINANCIAL SERVICES STATEMENT

5425 PAU A LAKA, LLC
DEBTOR IN POSSESSION
CASE NO 26-20778-JRS
1801 TIBURON BLVD
SUITE 800
TIBURON CA 94920

Statement Date: **06/30/2026** Account No.: [redacted]**2770** Page: **1**

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| [redacted]2770 | | DIP | Deposit | 604.74 |

**Your Total Deposits = 604.74 And Your Total Loans = .00**

## DIP SUMMARY

**Type : REG Status : Active**

| Category | Number | Amount |
|---|---|---|
| New Account On 06/05/26 | | 0.00 |
| Debits | | 0.00 |
| Automatic Deposits | 1 | 616.71 + |
| Miscellaneous Fees | 1 | 12.00 |
| Interest Added This Statement | | 0.03+ |
| Ending Balance On 06/30/26 | | 604.74 |
| **Annual Percentage Yield Earned** | **0.26 %** | |
| **Interest Paid This Year** | **0.03** | |
| **Average Balance (Ledger)** | **162.80 +** | |

**Direct Inquiries About Electronic Entries To:**
Phone: (402) 558-8000

## ALL CREDIT ACTIVITY

| Date | Description | Amount |
|---|---|---|
| 06/24/26 | WIRE TRANSFER FROM 5425 PAU A LAKA LLC | 616.71 |
| 06/30/26 | INTEREST PAID | 0.03 |

## ELECTRONIC DEBITS

| Date | Description | Amount |
|---|---|---|
| 06/24/26 | WIRE TRANSFER FEE FROM 5425 PAU A LAKA LLC | 12.00 |

**Continued** 

PREMIERBANK
EXPECT MORE

6802 Barker Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

Member FDIC

FINANCIAL SERVICES STATEMENT

Statement Date: **06/30/2026** Account No.: [redacted]**2770** Page: **2**

## *OVERDRAFT FEE SUMMARY*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 06/05/26 was .00

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/24/26 | 604.71 | 06/30/26 | 604.74 | | |

**This Statement Cycle Reflects 26 Days**

**The Interest Earned And The Annual Percentage Yield Earned Are Based On The Period 06/05/2026 Through 06/30/2026**

EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING $5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS. E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.

| Date | Type | Vendor / Payee |
|---|---|---|
| 06-03 | Credit | Account verification |
| 06-03 | Credit | Account verification |
| 06-03 | Debit | Kauai Dept. of Water (account verification) |
| 06-04 | Debit | Kauai Dept. of Water |
| 06-04 | Debit | Kauai Dept. of Water |
| 06-04 | Debit | Kauai Dept. of Water |
| 06-04 | Debit | Kauai Dept. of Water |
| 06-10 | Debit | Capital Premium Financing |
| 06-24 | Debit | Transfer to DIP 22482770 (own account) |
| 06-24 | Debit | OUTGOING WIRE FEE |
| 06/24/26 | ACH Credit | Transfer from ASB 5743 (pre-petition) (own account |
| 06/24/26 | ACH/EFT Debit | WIRE TRANSFER FEE FROM 5425 PAU A LAKA L |
| 06/30/26 | ACH Credit | Bank interest |

**TOTAL**

| MOR Category | Receipts | Disbursements |
| --- | --- | --- |
| OTHER INCOME - Account verification micro-deposit | $0.28 | |
| OTHER INCOME - Account verification micro-deposit | $0.13 | |
| Reversals & Returned Items | | $0.41 |
| Utilities | | $302.42 |
| Utilities | | $915.58 |
| Utilities | | $29.82 |
| Utilities | | $29.82 |
| Insurance | | $5,299.34 |
| Transfers Between Accounts / Affiliates | | $616.71 |
| Bank & Merchant Fees | | $45.00 |
| Transfers Between Accounts / Affiliates | $616.71 | |
| Bank & Merchant Fees | | $12.00 |
| OTHER INCOME - Bank interest | $0.03 | |
| | **$617.15** | **$7,251.10** |

| Bank Description |
| --- |
| Kauai Dept of Wa ACCTVERIFY ST-M4T3X1P8Z5U3 \| 5425 PAU A LAKA LLC |
| Kauai Dept of Wa ACCTVERIFY ST-X2X1Y6F6Z1Q7 \| 5425 PAU A LAKA LLC |
| Kauai Dept of Wa ACCTVERIFY ST-Z1H4S3W2D6R9 \| 5425 PAU A LAKA LL |
| Kauai Dept of Wa Kauai Dept ST-B8O6M1M2Y7E5 \| 5425 PAU A LAKA LLC |
| Kauai Dept of Wa Kauai Dept ST-P9C1F7E0S3W1 \| 5425 PAU A LAKA LLC |
| Kauai Dept of Wa Kauai Dept ST-V4H9C8G1I9Q7 \| 5425 PAU A LAKA LLC |
| Kauai Dept of Wa Kauai Dept ST-Z6O2Z9K8S1N4 \| 5425 PAU A LAKA LLC |
| Capital Premium INS. PMT \| Kauanoe O Koloa AOAO |
| OUTGOING WIRE 200486 5425 PAU A LAKA LLC |
| OUTGOING WIRE FEE 200486 |
| WIRE TRANSFER FROM 5425 PAU A LAKA LLC |
| WIRE TRANSFER FEE FROM 5425 PAU A LAKA LLC |
| INTEREST PAID |

## 5425 Pau A Laka LLC

*Disbursements — checks, ACH/EFT debits and other debits*

*Prepared from bank statements. Receipts and disbursemen*

| MOR Category |
|---|
| Insurance |
| **Insurance — subtotal** |
| Utilities |
| **Utilities — subtotal** |
| Bank & Merchant Fees |
| Bank & Merchant Fees |
| **Bank & Merchant Fees — subtotal** |
| Transfers Between Accounts / Affiliates |
| **Transfers Between Accounts / Affiliates — subtotal** |
| Reversals & Returned Items |
| **Reversals & Returned Items — subtotal** |

| **TOTAL DISBURSEMENTS** |
|---|

- *"Related Party" marks payees affiliated with the debtors —*
- *Check payees were read from the check images filed with*

*;, by category and by vendor within category | June 2026 | Case No. 26-20778-JRS*
*ts tie exactly to the statement beginning and ending balances.*

| Vendor / Payee | Amount | # Items |
|---|---|---|
| Capital Premium Financing | $5,299.34 | 1 |
| | **$5,299.34** | **1** |
| Kauai Dept. of Water | $1,277.64 | 4 |
| | **$1,277.64** | **4** |
| OUTGOING WIRE FEE | $45.00 | 1 |
| WIRE TRANSFER FEE FROM 5425 PAU A LAKA LLC | $12.00 | 1 |
| | **$57.00** | **2** |
| Transfer to DIP 22482770 (own account) | $616.71 | 1 |
| | **$616.71** | **1** |
| Kauai Dept. of Water (account verification) | $0.41 | 1 |
| | **$0.41** | **1** |
| | **$7,251.10** | **9** |

*- MP Financial Group / Meridian Pacific, and the affiliated LLCs — and all inter-account transfers*
*the Premier Bank DIP statements. The Bank of Hawaii and First Hawaiian statements carry no c*

## 5425 Pau A Laka LLC

*Statement of Cash Receipts and Disbursements | June 2026 | Case No. 26-20778-JRS*

*Prepared from bank statements. Receipts and disbursements tie exactly to the statement beginning and ending balances.*

| Line Item | ASB 5743 (pre-petition) | DIP 22482770 | TOTAL — ALL ACCOUNTS |
|---|---|---|---|
| **CASH — BEGINNING OF PERIOD** | $7,238.69 | - | **$7,238.69** |
| **CASH RECEIPTS** | | | |
| OTHER INCOME - Bank interest | - | $0.03 | $0.03 |
| OTHER INCOME - Account verification micro-deposit | $0.41 | - | $0.41 |
| Transfers Between Accounts / Affiliates | - | $616.71 | $616.71 |
| **TOTAL CASH RECEIPTS** | **$0.41** | **$616.74** | **$617.15** |
| **CASH DISBURSEMENTS** | | | |
| Insurance | $5,299.34 | - | $5,299.34 |
| Utilities | $1,277.64 | - | $1,277.64 |
| Bank & Merchant Fees | $45.00 | $12.00 | $57.00 |
| Transfers Between Accounts / Affiliates | $616.71 | - | $616.71 |
| Reversals & Returned Items | $0.41 | - | $0.41 |
| **TOTAL CASH DISBURSEMENTS** | **$7,239.10** | **$12.00** | **$7,251.10** |
| **NET CASH FLOW** | **($7,238.69)** | **$604.74** | **($6,633.95)** |
| **CASH — END OF PERIOD** | **-** | **$604.74** | **$604.74** |
| *Ending balance per bank statement* | - | $604.74 | **$604.74** |
| | **-** | **-** | **-** |